In re Coordinated Pretrial Proceedings in
**ANTIBIOTIC ANTITRUST
ACTIONS.**
**M 19–93A**
**and the actions listed on Appendix A.**

United States District Court,
S. D. New York.

Aug. 7, 1971.

ADMINISTRATIVE ORDER NO. 71–11

ORDER TRANSFERRING "FARM
CASES" TO THE DISTRICT OF
MINNESOTA UNDER 28 USC
SECTION 1404(a)

MILES W. LORD, District Judge (By
Assignment).

On July 16 this court directed the parties in the actions listed on the attached Appendix A to show cause in writing on or before July 26, 1971, why said actions should or should not be transferred to the District of Minnesota pursuant to 28 U.S.C. Section 1404(a). The various pleadings and arguments of the parties with respect to the show cause order were considered at a hearing in St. Paul, Minnesota, on July 28, 1971.

The court has considered the arguments of defendants that the court lacks authority under 28 U.S.C. Section 1404 (a) to accomplish this transfer. This argument is rejected for reasons substantially similar to those set forth in Administrative Order No. 71–5, 333 F. Supp. 299, dated May 14, 1971, pet. for mandamus denied, Pfizer & Co., Inc. v. Lord, 447 F.2d 122 (2d Cir.), pet. for rehearing denied, 449 F.2d 119 (July 13, 1971 2d Cir.). The court also has concluded that transfer would serve the "convenience of parties and witnesses, in the interest of justice." Indeed transfer of the farm cases to Minnesota seems to have been specifically contemplated by the Judicial Panel on Multidistrict Litigation, which in Footnote 8 of its Opinion and Order of December 2, 1970, stated, "In this way, Judge Lord can conduct pretrial proceeding in New York and can, upon completion of the pretrial proceeding, try the *farm cases* in Minnesota." The court notes that class leaders in the three principal farm classes originally filed their actions in the District of Minnesota and that no farm plaintiff has expressed any opposition to trying its action in that district.

It is therefore ordered that all actions listed in Appendix A shall be transferred to the District of Minnesota under 28 U.S.C. Section 1404(a) upon completion of pretrial proceedings.

APPENDIX A

| | |
|---|---|
| Anderson Cattle Co. v. American Cyanamid, et al. (Kansas, T–4659) | 69 Civ. 5031 |
| Louisiana Hatcheries Inc. v. Chas. Pfizer & Co., Inc., et al. (E.D. La., 70 Civ. 7000) | 70 Civ. 5590 |
| Edwards Bros. Milling v. Chas. Pfizer & Co., Inc., et al. (E.D. N.C., 2372) | 69 Civ. 3899 |
| Missouri Farmers Association v. Chas. Pfizer & Co., Inc., et al. (W.D. Mo., 17640–4) | 69 Civ. 4261 |
| Bernard Kay v. Chas. Pfizer & Co., Inc., et al. (S.D. Ohio 70–76) | 70 Civ. 1409 |

**310**

Burgess Poultry Market v. Chas. Pfizer & Co., Inc., et al. (W.D. Tex., A–69–CA–108)    69 Civ. 4026

Carl F. Dodge & Marlea Dodge v. Chas. Pfizer & Co., Inc., et al. (N.D. Ill., 70 C 500)    70 Civ. 1306

A. C. Smith Poultry v. Chas. Pfizer & Co., Inc., et al. (N.D. Ga., 1293)    69 Civ. 5574

Balfour, Guthrie & Co. v. Chas. Pfizer & Co., Inc., et al. (N.D. Calif., 52342)    69 Civ. 4909

Jack England v. Chas. Pfizer & Co., Inc., et al. (W.D. Ark., ED–69–C–8)    69 Civ. 3772

Guy Phelps v. Chas. Pfizer & Co., Inc., et al. (N.D. Ala., 69–767)    69 Civ. 5684

Rutledge Ranch v. Chas. Pfizer & Co., Inc., et al. (N.D. Ala., 69–766)    69 Civ. 5683

Marshall Durbin Food v. Chas. Pfizer & Co., Inc., et al. (N.D. Ala., 3015–N)    70 Civ. 677

Kenneth Murray v. Chas. Pfizer & Co., Inc., et al. (N.D. Ala., 69–768)    69 Civ. 5685